# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**638**
**CAF 15-01832**
PRESENT: CARNI, J.P., LINDLEY, DEJOSEPH, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF REFIK AVDIC,
PETITIONER-RESPONDENT,

V                                                                    ORDER

ZINETA AVDIC, RESPONDENT-APPELLANT.
------------------------------------------------
SUSAN B. MARRIS, ESQ., ATTORNEY FOR THE CHILD,
APPELLANT.

---

SUSAN B. MARRIS, ATTORNEY FOR THE CHILD, MANLIUS, APPELLANT PRO SE.

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-APPELLANT.

PETER J. DIGIORGIO, JR., UTICA, FOR PETITIONER-RESPONDENT.

---

Appeals from an order of the Family Court, Oneida County (Louis P. Gigliotti, A.J.), entered September 4, 2015 in proceedings pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 28, 2017                          Frances E. Cafarell
                                                  Clerk of the Court